ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 0 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| UNITED STATES OF AMERICA | * |
| --- | --- |
| | * |
| Plaintiff | * |
| v | * Civil Action No. 3:04-CV-1852-H |
| | * |
| CONNIE C. ARMSTRONG | * |
| | * |
| Defendant | * |

## ORDER

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed April 21, 2005, and the Objections thereto, filed May 19, 2005, by Defendant Connie Armstrong.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge; and Defendant's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Defendant's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: May 20, 2005

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS